IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| NEOTHA FEDD, | * |
|       Petitioner, | * |
| v. | Case No.  1:24-CV-203 (LAG)(ALS) |
| | * |
| GEORGIA STATE BOARD OF PARDONS AND PAROLES, | * |
|       Respondent. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 7/18/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of July, 2025.

                                      David W. Bunt, Clerk

                                      s/ Michelle Paschal, Deputy Clerk